## SCHERING–PLOUGH HEALTHCARE PRODUCTS, INC. (Now Known as MSD Consumer Care, Inc.), Appellant,

v.

## WESTERN HOLDINGS, LLC, Appellee.

### No. 2011–1519.

United States Court of Appeals, Federal Circuit.

Jan. 12, 2012.

Jonathan Hudis, Oblon, Spivak, McClelland, Maier, Alexandria, VA, for Appellant.

David R. Parkinson, Western Holdings, LLC, Salt Lake City, UT, for Appellee.

## ON MOTION

### ORDER

Schering–Plough Healthcare Products, Inc. (now known as MSD Consumer Care, Inc.) moves to withdraw its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw the appeal is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.